GEORGE WALLACE, Appellant, *v.* WILLIAM H. JONES et al., Respondents.

*Wallace* v. *Jones,* 122 App. Div. 497, affirmed.
(Argued February 25, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 2, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in a taxpayer's action to set aside as illegal and collusive certain audits made by the defendants as supervisors of Nassau county.

*Thomas Young* for appellant.

*James W. Treadwell* and *Fred Ingraham* for respondents.

Judgment affirmed, with costs, on the ground that the money having been paid before the action was commenced, no action for its recovery against the defendants jointly could be maintained unless on proof of collusion on the part of those defendants who did not receive the money; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.